**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-1590-GW-AJRx | Date | July 3, 2025 |
|---|---|---|---|
| Title | *Kenneth Davidson v. Khapabhai D. Patel, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | Miranda Algorri | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Jason T. Yoon, by telephone   None Present

**PROCEEDINGS:**   ORDER TO SHOW CAUSE RE SETTLEMENT

Court confers with Plaintiff's counsel. For reasons stated on the record, the Court dismisses this action, but retains jurisdiction to reopen it at the written request of any party for further proceedings.

: 01

Initials of Preparer   JG